STATE of Missouri, Plaintiff/Respondent,

v.

George EDWARDS, Defendant/Appellant.

No. ED 83901.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 2, 2004.

Irene C. Karns, Columbia, MO, for appellant.

Deborah Daniels, Karen Louise Kramer, co-counsel, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J., and BOOKER T. SHAW, J.

## ORDER

PER CURIAM.

George Edwards (Defendant) appeals from a judgment of conviction of first-degree assault of a law enforcement officer and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not plainly err in sustaining the State's objection to defense counsel's attempt to cross-examine a police department detective about whether or not the detective conducted a gun powder residue test on Defendant before he spoke with Defendant. An extended opinion would have no precedential value. We have, however, provided a memorandum setting

forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).